UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVDOXIA PSALTI,<br><br>          Plaintiff,<br><br>     v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>          Defendants. | CASE NO.  C07-0282RSM<br><br>ORDER DIRECTING SERVICE |

This matter comes before the Court *sua sponte*. It appears that plaintiff has served all of the named defendants with a copy of the Summons and Complaint in this action. However, Federal Rule of Civil Procedure 4(i) requires that copies of the Summons and Complaint must also be served on the United States Attorney in this District. It does not appear that plaintiff has served that office as of this date. Accordingly, the Court hereby ORDERS:

(1) Plaintiff shall serve a copy of the Summons and Complaint in this action on the United States Attorney in this District before the Court takes any further action in this case. Such service should be accomplished as set forth in Federal Rule of Civil Procedure 4(i)(1)(A), being mindful of the time limits set out in Federal Rule of Civil Procedure 4(m), which generally allows service within 120 days from the date of filing the Complaint.

(2) The Clerk shall issue a blank summons, and direct a copy of this Order to plaintiff.

DATED this 28th day of June, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 1