Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVDOXIA PSALTI,<br>Agency # 74-304-345),<br><br>                              Petitioner,<br><br>            v.<br><br>ALBERTO GONZALES, United States Attorney General et al.,<br><br>                              Respondents. | No. C07-00282-RSM<br><br>JOINT STIPULATION REMANDING AND DISMISSING CASE |

    This case is an action for a judicial hearing on Petitioner's application for naturalization. Petitioner alleges a delay by U.S. Citizenship and Immigration Services ("USCIS") in adjudicating the application. See INA § 336(b), 8 U.S.C. § 1447(b). USCIS is now prepared to adjudicate Plaintiff's application.

    The parties, by and through their respective attorneys of record, respectively ask the Court to remand Petitioner's naturalization application to USCIS, with an order that USCIS shall adjudicate and issue a decision on the application within thirty (30) days from the entry of this order. In addition, the parties respectively stipulate to the dismissal of Petitioner's case without prejudice, and without claim of either party to attorney's fees or costs. Finally, the parties respectfully stipulate that the Court shall retain jurisdiction to enforce the terms of this stipulation.

JOINT STIPULATION REMANDING AND DISMISSING CASE
(C07-00282-RSM) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this ___ day of August, 2007.

JEFFREY C. SULLIVAN
United States Attorney

EVDOXIA PSALTI

---

THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: thomas.woods2@usdoj.gov
Attorneys for Defendants

EVDOXIA PSALTI
97 South Jackson Street #401
Seattle, Washington 98104
Phone: 206-434-1386
E-mail: epsalti@hotmail.com
Plaintiff Proceeding *Pro Se*

## **ORDER**

The parties having so stipulated, the above is **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel and *pro se* parties of record.

DATED this _20_ day of August, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION REMANDING AND DISMISSING CASE
(C07-00282-RSM) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970